UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PATRICK NEWELL and CINDY LOU NEWELL,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HOME DEPOT USA INC.,<br><br>                    Defendant. | No.  13-CV-5021-EFS<br><br>**ORDER DISMISSING CASE** |

On April 7, 2015, the parties filed a stipulated dismissal, ECF No. 53.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulation for Dismissal With Prejudice, **ECF No. 53**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

   **DATED** this   8th   day of April 2015.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2013\5021.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1